In the Matter of the Application of EMMA J. TAGGARD, to Compel HENRY N. HEWITT as Surviving Executor etc., to Account.

(Argued March 24, 1893; decided April 11, 1893.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made September 8, 1891, which affirmed an order of the surrogate of Essex county, requiring Henry N. Hewitt to file an intermediate account of his proceedings as trustee under the will of James W. Taggard, deceased.

*Richard L. Hand* for appellant.

*F. A. Rowe* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Order affirmed.